# United States Court of Appeals
## For the First Circuit

---

No. 03-2035

MS. M., as parent and next friend of K.M., a minor,

Plaintiff, Appellant,

v.

PORTLAND SCHOOL COMMITTEE,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on March 9, 2004 is amended as follows:

On page 8, line 2, "March 13, 2001" should be replaced with "March 13, 2002"